AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CRYSTAL WRIGHT<br>BRENDAN TURNER<br>TRACI DEAN<br><br>*Plaintiff(s)*<br>v.<br>DISTRICT OF COLUMBIA and<br>CATHY LANIER, in her official capacity as Chief of<br>Police for the Metropolitan Police Department<br><br>*Defendant(s)* | Civil Action No. 16-cv-1556  JEB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DISTRICT OF COLUMBIA

        Serve: OFFICE OF THE ATTORNEY GENERAL
        441 4th Street, N.W.
        Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   George L. Lyon, Jr.
                                        Arsenal Attorneys
                                      2111 Wilson Blvd., 8th Floor
                                      Arlington, Virginia 22201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 8/3/2016                                    /s/ Michael Darby

                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-cv-1556

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **District of Columbia, OAG**
was received by me on *(date)* **8/3/2016**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Tanya Robinson**, who is designated by law to accept service of process on behalf of *(name of organization)* **OAG, District of Columbia** on *(date)* **8/3/2016** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ **50.00** for services, for a total of $ **5 0.00**.

I declare under penalty of perjury that this information is true.

Date: **8/3/2016**

_____
Server's signature

**Marina Vlasenko, Special Process Server**
Printed name and title

**1916 R St NW Apt 502 Washington DC 20009**
Server's address

Additional information regarding attempted service, etc: