UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL WRIGHT, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA*, et al.,*<br><br>Defendants. | Civ. Action No. 16-1556 (JEB) |

## DEFENDANTS' PARTIAL CONSENT MOTION FOR EXTENSION OF TIME

Defendants (collectively, the District) move this Court, under Fed. R. Civ. P. 6(b)(1)(A), 7(b) and LCvR 7(m), for an extension of time to respond to the Complaint. The District requests a thirty day extension—up to and including September 23, 2016, to answer or otherwise respond to the Complaint. Defendants' Memorandum of Points and Authorities in support is attached and incorporated by reference. A proposed Order also is attached.

Pursuant to LCvR 7(m), the undersigned discussed the motion with opposing counsel, who consented to part of the relief requested, *i.e.,* a 15-day extension of time.

DATE: August 4, 2016.                Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON (#453765)
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J.SAINDON (#456987)
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
Email: andy.saindon@dc.gov


/s/ Matthew R. Blecher
MATTHEW R. BLECHER (#1012957)
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Phone: (202) 442-9774
Fax:  (202) 730-0586
Email: matthew.blecher@dc.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL WRIGHT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civ. Action No. 16-1556 (JEB) |

MEMORANDUM IN SUPPORT OF DEFENDANTS'
 PARTIAL CONSENT MOTION FOR EXTENSION OF TIME

INTRODUCTION

Defendants the District of Columbia and Metropolitan Police Chief Cathy Lanier (collectively, the District) seek an extension of time to respond, due to the complicated allegations in the Complaint, coordination of counsel's schedules, and the need to research possible methods to resolve this matter short of litigation.

BACKGROUND

On August 3, 2016, defendants were served with the Complaint, which seeks declaratory and injunctive relief, alleging that the District's "laws, customs, practices and policies generally banning the acquisition, possession, carrying and use of Tasers and other electronic arms violates the Second Amendment to the United States Constitution[.]" Complaint ¶ 67. Under Fed. R. Civ. P. 12(a)(1)(A)(i), the District's response to the Complaint is therefore due on or before August 24, 2016.

## STANDARD OF REVIEW

Fed. R. Civ. P. 6(b)(1)(A) permits an enlargement of time, "if a request is made, before the original time or its extension expires …" for good cause.

## ARGUMENT

The District seeks an extension of 30 days to respond to the Complaint. This enlargement is not sought for any improper purpose, but to coordinate counsel's schedules, investigate the complicated allegations in the Complaint, and research possible methods to resolve this matter short of full-blown litigation. Failing this, the extension will permit the District to complete an appropriate response to the Complaint for consideration by this Court. The brief extension requested here will not affect any other deadlines. Moreover, opposing counsel has consented to part of the relief requested—15 days, and there appears to be no obvious prejudice to plaintiffs from a brief delay in the orderly resolution of their claims.[1]

## CONCLUSION

Based on the foregoing, defendants respectfully request that this Honorable Court grant an extension of time to September 23, 2016, to answer or otherwise respond to the Complaint.

---

[1] "The risk of prejudice to the other side" and "the length of the delay and the potential impact on judicial proceedings" are factors that are considered when a request for an extension is made *after* a deadline has passed, under Fed. R. Civ. P. 6(b)(1)(B). *See, e.g., Rogers v. Amalgamated Transit Union Local 689*, 2016 WL 3390268 at n.1 (D.D.C. May 5, 2016) (citing *Pioneer Investment Servs. Co. v. Brunswick Assoc. L.P.*, 507 U.S. 380, 395 (1993)).

DATE: August 4, 2016.          Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

/s/ Toni Michelle Jackson
TONI MICHELLE JACKSON (#453765)
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J.SAINDON (#456987)
Senior Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 730-1470
Email: andy.saindon@dc.gov

/s/ Matthew R. Blecher
MATTHEW R. BLECHER (#1012957)
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Phone: (202) 442-9774
Fax:  (202) 730-0586
Email: matthew.blecher@dc.gov