UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL WRIGHT, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA*, et al.,*<br><br>Defendants. | Civ. Action No. 16-1556 (JEB) |

### ORDER

Upon review of Defendants' Partial Consent Motion for Extension of Time, the memorandum of points and authorities in support, plaintiffs' partial consent, and the entire record, it is:

ORDERED, that the Defendants' Partial Consent Motion for Extension of Time is GRANTED, and it is

FURTHER ORDERED, that defendants shall answer or otherwise respond to the Complaint by September 23, 2016.

SO ORDERED.

Dated: _____  _____
JAMES E. BOASBERG
United States District Judge