UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRYSTAL WRIGHT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civil Action No. 16-1556 (JEB) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant Attorney General Matthew R. Blecher as counsel in the above-captioned matter for defendants the District of Columbia and Cathy Lanier.

DATED: August 5, 2016.

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Deputy Attorney General
Public Interest Division

TONI MICHELLE JACKSON
Chief, Equity Section

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Assistant Attorney General
441 Fourth Street, N.W., Suite 600S
Washington, D.C. 20001
Phone: (202) 442-9774
Fax:  (202) 730-0586
Email: matthew.blecher@dc.gov

**Counsel for Defendants**