**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CRYSTAL WRIGHT, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 1:16-cv-1556 (JEB) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

**APPLICATION FOR PRELIMINARY AND PERMANENT INJUNCTION**

Plaintiffs Crystal Wright, Brendan Turner and Traci Dean, by and through their attorneys, apply to this Court for a preliminary injunction in their favor, pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 65.1 of the Rules of the United States District Court for the District of Columbia.

Pursuant to Federal Rule of Civil Procedure 65(a)(2) Plaintiffs also request that the Court advance trial on the merits with the hearing of this application and enter a permanent injunction in Plaintiffs' favor.

Defendants oppose this motion.

WHEREFORE, for the reasons set forth in the accompanying memorandum of points and authorities, Plaintiffs request that the Court:

a. Preliminarily and/or permanently enjoin Defendants and their officers, agents, and employees from enforcing DC Code §7-2501.01(7)(D) and §7-2502.01(a) which serve to prohibit Plaintiffs from importing, purchasing, possessing or using Tasers® or other electronic arms for lawful self-defense.

b. Preliminarily and/or permanently enjoin Defendants and their officers, agents, and employees from enforcing the District of Columbia's laws and regulations defining Tasers and other electronic arms as prohibited destructive devices, and

c. Provide such other relief as the court deems just and warranted.

Respectfully submitted

**CRYSTAL WRIGHT**

**TRACI DEAN**

**BRENDAN TURNER**

/s/ George L. Lyon, Jr., DC Bar No. 388678
Arsenal Attorneys
2111 Wilson Blvd, 8th Floor
Arlington, Virginia 22201
Email: gll@arsenalattorneys.com
202-669-0442
Their Counsel

August 8, 2016