# EXHIBIT 1

WRIGHT v. DISTRICT OF COLUMBIA, CASE NO. 1:16-cv-1556 (JEB)

# DECLARATION UNDER PENALTY OF PERJURY OF CRYSTAL WRIGHT

Crystal Wright, under penalty of perjury, deposes and states as follows:

1. My name is Crystal Wright. I reside within the District of Columbia.

2. I am a public and media relations professional. I also publish a blog called Conservative Black Chick. I regularly appear as a commentator on radio and television. I recently published a book entitled: *Con Job: How Democrats Gave Us Crime, Sanctuary Cities, Abortion Profiteering, and Racial Division*.

3. My political activity has generated a lot of hate against me. This is in the form of hateful emails and twitter tweets. However, it has gone much further. For example, one person continually stalks me online. Another person threatened to break into my house and bash my head in.

4. These threats have prompted me to obtain training in firearms. I am ready, willing and able to use deadly force to defend myself and my home from a potentially lethal attack, if necessary and unavoidable.

5. Nevertheless, based upon information of which I have become aware, including my firearms training, I have serious reservations concerning the use of deadly force even where justified in defense of my life and home.

6. I am aware that there are significant legal, financial, psychological and societal ramifications of using deadly force to defend against a home invasion or personal attack.

7. I am aware that even where use of deadly force is justified, a victim forced to use deadly force against an attacker may be taken into police custody, arrested and/or prosecuted. I am aware that if I were to use deadly force against an attacker, even if justified, I will likely have to go to the expense of hiring an attorney to protect my rights in the criminal justice system. I am further aware that I would be at the mercy of police, prosecutors and jurors who will have weeks or months to second guess my decision to use deadly force made in the few seconds occurring in the face of an attack.

8. I am aware that even where use of deadly force is justified, a victim may be sued by the perpetrator if the perpetrator survives, or by the perpetrator's family, if he or she does not survive. I am aware that if I were to use deadly force, I will likely have to go to the expense of hiring an attorney to defend a civil proceeding and again would be at the mercy of a jury second guessing in the comfort of a jury room my decision to use deadly force made in seconds in the face of an attack.

9. I am also aware that there are substantial psychological ramifications to the use of deadly force. I am aware that persons forced to use deadly force in their defense will likely suffer sleep disturbance. I am aware that persons forced to use deadly force in their defense will likely suffer isolation of friends and families, especially if their use of force results in the death of the perpetrator.

10. I am aware that persons forced to use deadly force in their defense may suffer from Post Violent Event Trauma ("PVET"). Manifestations of PVET can include among other things sexual dysfunction or promiscuity, sleep disturbance, substance abuse, depression or malaise, appetite disturbance, social withdrawal or social ostracism, aggression or avoidance syndrome, increased risk-taking behavior and flashbacks.

11. Given the potentially severe legal, economic, societal and psychological ramifications of even the justified use of deadly force to defend myself and my home against a violent criminal attack, I would prefer to minimize the likelihood that I would have to resort to deadly force if I were forced to defend myself or my home from a violent criminal attack.

12. I would prefer the option where appropriate to utilize a Taser electronic arm for defense of myself and my home due to its proven effectiveness and its proven record of minimizing injury to police, civilian users, suspects and/or assailants.

13. On May 24, 2016, I sought to place an order with Taser International for a Taser Pulse Model. In response I have been informed by a representative of Taser that a Taser device cannot be shipped to the District of Columbia because District of Columbia law prohibits me from possessing the device. I have verified that fact with legal counsel. The representative refused on behalf of Taser International to sell the Taser Pulse to me, citing this District of Columbia law.

14. If were not for this District of Columbia. law, I would acquire and use a Taser for personal self-defense in appropriate circumstances.

The above statement, given under penalty of perjury is true and correct to the best of my knowledge and belief.

_____
CRYSTAL WRIGHT

Dated: July 20, 2016