# EXHIBIT 2

WRIGHT v. DISTRICT OF COLUMBIA, CASE NO. 1:16-cv-1556 (JEB)

## DECLARATION UNDER PENALTY OF PERJURY OF TRACI DEAN

Traci Dean, under penalty of perjury, deposes and states as follows:

1. My name is Traci Dean. I reside within the District of Columbia.

2. I am employed as a nurse. In that capacity I often work odd hours, including late at night. That gives me a concern for my safety.

3. I am qualified under District of Columbia law to own a firearm for personal protection in my home, but choose not to do so for several reasons, some of which are stated below.

4. Based upon information of which I have become aware, I have serious concerns relating to the ramifications of the use of deadly force such as a firearm, even where justified in defense of my life and home.

5. More specifically, I am aware that there are significant legal, financial, social and psychological ramifications of using deadly force to defend against a home invasion or personal attack.

6. I am aware that even where use of deadly force is justified, a victim forced to use deadly force against an attacker may be taken into police custody, arrested and/or prosecuted. I am aware that if I were to use deadly force against an attacker, even if justified, I would likely have to go to the expense of hiring an attorney to protect my rights in the criminal justice system. I am further aware that I would be at the mercy of police, prosecutors and jurors who would have weeks or months to second guess

my decision to use deadly force made in the few seconds occurring in the face of an attack.

7. I am aware that even where use of deadly force is justified, a victim may be sued by the perpetrator if the perpetrator survives, or by the perpetrator's family, if the perpetrator does not survive. I am aware that if I were to use deadly force, I would likely have to go to the expense of hiring an attorney to defend a civil proceeding and again would be at the mercy of a jury second guessing in the comfort of a jury room my decision to use deadly force made in a split second in the face of an attack.

8. I am also aware that there are substantial psychological ramifications to the use of deadly force. I am aware that persons forced to use deadly force in their defense will likely suffer sleep disturbance. I am aware that persons forced to use deadly force in their defense will likely suffer isolation of friends and families, especially if their use of force results in the death of the perpetrator.

9. I am aware that persons forced to use deadly force in their defense may suffer from Post Violent Event Trauma ("PVET"). Manifestations of PVET can include among other things sexual dysfunction or promiscuity, substance abuse, depression or malaise, appetite disturbance, social withdrawal or social ostracism, aggression or avoidance syndrome, increased risk taking behavior and flashbacks.

10. Given the potentially severe legal, economic, social and psychological ramifications of even the justified use of deadly force to defend myself and my home against a violent criminal attack, I would prefer to minimize the likelihood that I would ever have to resort to deadly force in the event that it would become necessary to defend myself or my home from a violent criminal attack.

11. I would prefer the option where appropriate to utilize a Taser for defense of myself and my home due to its proven effectiveness and its proven record of minimizing injury to police users, civilian users, suspects and/or assailants.

12. On June 3, 2016, I sought to place an order with Taser International for a Taser Pulse device. A representative from Taser International declined my order, explaining that District of Columbia law makes it illegal for them to sell me a Taser for civilian use. I have verified that fact with legal counsel. The representative refused on behalf of Taser International to sell the Taser device to me, citing this District of Columbia law.

13. If it were not for D.C. law, I would acquire and use a Taser for personal protection in appropriate circumstances within the District of Columbia.

The above statement, given under penalty of perjury is true and correct to the best of my knowledge and belief.

_____
Traci Dean

Dated: July 20, 2016