# EXHIBIT 3

WRIGHT v. DISTRICT OF COLUMBIA, CASE NO. 1:16-cv-1556 (JEB)

## DECLARATION UNDER PENALTY OF PERJURY OF BRANDON TURNER

James Green, under penalty of perjury, deposes and states as follows:

1. My name is Brendan Turner. I reside within the District of Columbia.

2. I have twice been the victim of armed robbery, in each case the assailant brandished a firearm to effect the robbery.

3. Under District of Columbia law, I am qualified to register a firearm for personal protection.

4. Nevertheless, based upon information of which I have become aware, I have serious reservations concerning the use of deadly force even where justified in defense of my life and home.

5. I have a young child at home and am reluctant to have a firearm in the house.

6. In addition, I am aware that there are significant legal, financial and psychological ramifications of using deadly force to defend against a home invasion or personal attack.

7. I am aware that even where use of deadly force is justified, a victim forced to use deadly force against an attacker may be taken into police custody, arrested and/or prosecuted. I am aware that if I were to use deadly force against an attacker, even if justified, I will likely have to go to the expense of hiring an attorney to protect my rights in the criminal justice system. I am further aware that I would be at the mercy of police, prosecutors and jurors who will have weeks or months to second guess my decision to use deadly force made in the few seconds occurring in the face of an attack.

8. I am aware that even where use of deadly force is justified, a victim may be sued by the perpetrator if the perpetrator survives, or by the perpetrator's family, if he or she does not survive. I am aware that if I were to use deadly force, I will likely have to go to the expense of hiring an attorney to defend a civil proceeding and again would be at the mercy of a jury second guessing in the comfort of a jury room my decision to use deadly force made in a split second in the face of an attack.

9. I am also aware that there are substantial psychological ramifications to the use of deadly force. I am aware that persons forced to use deadly force in their defense will likely suffer sleep disturbance and or nightmares. I am aware that persons forced to use deadly force in their defense will likely suffer isolation of friends and families, especially if their use of force results in the death of the perpetrator.

10. I am aware that persons forced to use deadly force in their defense may suffer from Post Violent Event Trauma ("PVET"). Manifestations of PVET can include among other things sexual dysfunction or promiscuity, substance abuse, depression or malaise, appetite disturbance, social withdrawal or social ostracism, aggression or avoidance syndrome and flashbacks.

11. Given the potentially severe legal, economic and psychological ramifications of even the justified use of deadly force to defend myself and my home against a violent criminal attack, I would prefer to minimize the likelihood

that I would have to resort to deadly force in the event I were to be forced to defend myself or my home from a violent criminal attack.

12. I would prefer the option where appropriate to utilize a Taser conductive electrical weapon ("CEW") for defense of myself and my home due to its proven effectiveness and its proven record of minimizing injury to police, civilian users, suspects and/or assailants.

13. On May 24, 2016, I sought to place an order with Taser International for a Taser C2 device. A representative from Taser International declined my order, explaining that District of Columbia law makes it illegal for them to sell me a Taser for civilian use. I have verified that fact with legal counsel. The representative refused on behalf of Taser International to sell the C2 Taser device to me, citing this District of Columbia law.

14. If it were not for this District of Columbia law, I would acquire and use a Taser for personal protection in appropriate circumstances.

The above statement, given under penalty of perjury is true and correct to the best of my knowledge and belief.

Dated August 8, 2016

_____
Brendan Turner