# EXHIBIT 8

# Part 1

WRIGHT v. DISTRICT OF COLUMBIA, CASE NO. 1:16-cv-1556 (JEB)

### DECLARATION UNDER PENALTY OF PERJURY OF MICHAEL A. BRAVE

Michael A. Brave under penalty of perjury, deposes and states as follows:

1. My name is Michael A. Brave. I am making this declaration for submission to the United States District Court for the District of Columbia in the case of *Crystal Wright v. District of Columbia.*

2. I am a competent adult over the age of 18 and have personal knowledge of the following facts.

3. I am employed as National/International Litigation Counsel for TASER International, Inc. ("TASER") headquartered in Scottsdale, Arizona. I have held this position since June 2005.

4. I earned a Bachelor's Degree in Business Administration (1978) and a Master's Degree in Management Technology (1990) from the University of Wisconsin – Stout, and a Juris Doctor degree from Hamline University School of Law in St. Paul, Minnesota (1987).

5. I am a former Chief of the Intelligence and Investigative Operations Unit, Office of Enforcement Operations, Criminal Division, for the U.S. Department of Justice ("DOJ") in Washington, D.C. (1997-2001); former Deputy Director for International Operations of the Federal Witness Security Program; and a former DOJ Use-of-Force and Firearms Training Officer.

6. I have been a sworn law enforcement officer (Wisconsin) since 1983 and a certified law enforcement trainer in over 20 subject areas. I have testified as an expert witness in state and federal court civil rights cases involving use of force, including deadly and less-lethal force, batons, pepper spray, physical force, and conducted electrical weapons ("CEWs"), among other force tools and tactics; sudden unexpected death; positional asphyxia; and law enforcement policy, training and supervision.

7. I am a certified TASER Master Instructor ("Master Instructor") authorized to train and certify other instructors in the proper use and deployment of TASER® brand weapons. I have been a TASER Master Instructor since May 2003 and have been recertified every two years thereafter.

8. I serve as Legal Advisor to TASER's Training Advisory Board. The Training Board, formed in May 2003, meets approximately quarterly to provide guidance on TASER's training program. The Training Board consists of seven active or retired law

1

enforcement officers of various ranks from different parts of the United States and Canada. TASER's Director of Training, Chief Instructor and I also sit on the Board. I am intimately familiar with TASER's training program, certification requirements, training materials and protocols, and the release of various training versions over the past decade. I am designated as TASER's Person Most Knowledgeable (PMK) concerning TASER training.

9. I also serve as Legal Advisor to TASER's Scientific and Medical Advisory Board (SMAB), formed in May 2004 to ensure TASER stays current with the generally recognized and prevailing best scientific and medical knowledge regarding CEWs and their risks. From its inception, TASER's SMAB members have included prominent cardiac electrophysiologists and Ph.D. electrical and biomedical scientists. The SMAB was expanded in October 2007 to include an emergency physician and forensic pathologist. Today, leading CEW researcher and TASER Medical Director Dr. Jeffrey Ho chairs the SMAB and invites other researchers and scientists who have published CEW-related literature to present at its meetings. The SMAB meets approximately semi-annually.

10. I am intimately familiar with medical, scientific, electrical, engineering, modelling, and epidemiological studies and published literature concerning CEWs and their physiological, metabolic, and other effects, risks and limitations, as well as TASER's product warnings based on these risks. I am designated as TASER's PMK concerning its product warnings.

11. The TASER Master Instructor certification is a two-year certification that requires minimum classroom instruction of five days (40 hours) from TASER's Master TASER Instruction Program. The five-day program is required for both initial certification and for recertification. Areas of emphasis include legal updates, medical research, safety considerations, scenario-based training, training drills, familiarity with all TASER products, CEW maintenance, incident scene investigation following CEW use, instructor development, a review of any new information contained in the end user training curriculum, and other information. During the course, participants conduct multiple drills and scenarios which include numerous discharging of TASER CEWs during drills and force-on-force encounters.

12. The role of the Master Instructor is both to train law enforcement, security professionals, and military personnel to instruct end users on TASER CEWs and to train end users. I have experienced several exposures to CEWs, as well as other electronic weapons, without significant injury. I have also deployed the device on students who voluntarily undergo exposure to the device. I have never witnessed a significant injury in the course of training Instructors or end users.

13. This is not to suggest that a CEW exposure is risk free. The CEW is sometimes classified as an intermediate weapon such as pepper spray, hard hands-on physical force, grounding, tackling, etc. but has certain well known advantages over pepper spray and other force options, including pain compliance techniques. CEWs are not designed to kill or cause permanent injury. However, like any force option, injury can occur from a CEW exposure. Most notably injuries following a CEW exposure tend to occur as a result of impact with the ground. CEWs are certainly less dangerous than other force options such as firearms, knives, striking implements, bean bags, etc.

14. Like any force option, CEWs should only be employed where their use is legally justified and where the use of the CEW is reasonably appropriate to the totality of the circumstances of the incident as reasonably perceived by the CEW user. For example, in a civilian self-defense context, use of a CEW in the course of a pushing match by either party would likely not be justified, while it most likely would be justified to defend against someone attempting a sexual assault or a violent attack with personal weapons (including hands and feet).

15. The CEW end-user course of instruction for law enforcement and private security is a minimum of six-hours. Coursework includes the current TASER CEW User PowerPoint®, updates to instructional materials, warnings, and completion of a waiver/release. The class includes discussion of items in the instructor notes, drills, and functional demonstrations. There is also a written exam specific to the device for which the end user is being certified. In addition, the end user must pass a functional test which includes deploying two CEW cartridges into preferred target zones.

16. It is to be emphasized that the training for law enforcement use of a CEW needs to be significantly more rigorous than for a civilian user. This is because the role of the CEW for law enforcement is significantly different than for civilians. For law enforcement, the CEW is part of an integrated set of force option choices designed to respond to a myriad of needs and options. For the civilian, the CEW is solely a self-defense tool designed for deployment and discharge to avoid or thwart a serious threat of harm. Law enforcement training necessarily includes such subjects as how to handle a suspect after CEW exposure, documentation of use of force, data download from the CEW, and cartridge replacement. On the other hand, in the case of civilian use, the recommended protocol is for the user to abandon the CEW, escape the incident to safety, and notify law enforcement for response. TASER has a replacement policy when the CEW is used by a civilian for self-defense, left at the scene, and reported to law enforcement authorities.

17. TASER supplies a detailed instruction manual for training civilians. I am familiar with the contents of these manuals. My review of the instruction materials indicate

3

they are sufficient for instructing the civilian user to use the CEW reasonably safely and effectively. For the court's information, I am attaching a copy of the manual for the TASER Pulse civilian model, the more affordable CEW model designed for civilian use. The training material for the TASER X26C CEW, a higher end civilian model, is comparable in its coverage.

18.   I have considerable training and experience with firearms including instructing new shooters. In my opinion based on my experience and training, it is generally easier for a civilian to learn to use a TASER CEW effectively than a firearm. New shooters tend to have difficulty with the noise and recoil from a firearm which are not factors with TASER CEWs.

The above statement, given under penalty of perjury, is true and correct to the best of my knowledge information and belief.

_____

Dated: July 26, 2016



# TASER Pulse CEW User Manual





**IMPORTANT SAFETY INSTRUCTIONS**

Read all warnings and instructions. Save these instructions.

The most up-to-date warnings and instructions are available at www.TASER.com

MMU0062 Rev: A

# Contents

| | |
|---|---|
| 1 | **Chapter 1: Warnings** |
| 1 | Important Safety and Health Information |
| 2 | **Chapter 2: General Information** |
| 2 | What Is the TASER Pulse CEW? |
| 2 | Neuro Muscular Incapacitation (NMI) |
| 2 | Basic Pulse Electrical Theory |
| 4 | **Chapter 3: TASER Pulse CEW and Cartridge Features** |
| 4 | Safety Switch |
| 5 | Power Supply |
| 6 | Trigger Switch |
| 6 | Spark Duration |
| 6 | Electrodes |
| 7 | LASER and LED Flashlight |
| 7 | High Visibility Sights |
| 7 | Holsters |
| 7 | The TASER Pulse Cartridge |
| 8 | Avoiding Unintentional Discharge |
| 8 | Protective Anti-Felon Identification (AFID) Tags |
| 9 | Load the Pulse Cartridges |
| 10 | Unloading Cartridges |
| 10 | Practicing with the Pulse CEW |
| 11 | Aiming and Probe Placement |
| 12 | Using the Pulse CEW |
| 12 | Deployment Instructions for Self-Defense |
| 13 | "Silence is Golden" |
| 13 | Potential Causes of Reduced or No Effectiveness |

| | |
|---|---|
| 13 | What if I Miss? |
| 13 | TASER Safe Escape |
| 14 | Contact Stun (Drive-Stun) Backup |
| 15 | **Chapter 4: Maintenance and Care** |
| 15 | General Concepts |
| 15 | Function Test |
| 16 | Changing the Battery |
| 18 | **Chapter 5: Ownership** |
| 19 | **Chapter 6: Additional Items** |
| 19 | TASER Online Troubleshooting Guide |
| 19 | Legality |
| 19 | Warranty |
| 19 | Warnings |

# Chapter 1: Warnings

## Important Safety and Health Information

The safety warnings posted at www.TASER.com are for your protection as well as the safety of others. Disregarding this information could result in death or serious injury.



| ⚠ WARNING | |
|---|---|
| 🎓 | **Read and Obey**<br>Significant differences exist between different TASER CEW (Conducted Electrical Weapon) models. Do not use or attempt to use any CEW model unless you have read, understood, and are following all current instructions, warnings, and relevant TASER training materials before using TASER CEWs. Failure to do so could increase the risk of death or serious injury to the user or others. |
| 📖 | **Obey Applicable Laws**<br>Use of CEWs must be legally justified and comply with applicable federal, state, and local laws and regulations. |
| ⚖ | **Store in a Secure Location**<br>CEWs and cartridges are weapons and, as with any weapon, follow safe weapon-handling practices and store your CEW securely. Store CEWs, cartridges, and accessories in secure locations inaccessible to children and other unauthorized persons to prevent inappropriate access or use. |

For a complete list of product warnings, go to www.TASER.com.

# Chapter 2: General Information

## What Is the TASER Pulse CEW?

The TASER Pulse CEW is a self-defense conducted electrical weapon manufactured by TASER International, Inc. TASER-brand CEWs are designed to use propelled wires or direct contact to conduct energy to affect the sensory and/or motor functions of the nervous system.

The Pulse CEW uses a replaceable cartridge containing compressed nitrogen to deploy two small probes that are attached to the Pulse cartridge by insulated conductive wires with a maximum length of 15 feet (4.6 meters). The Pulse CEW transmits electrical pulses along the wires and into the body, which if used successfully will affect the sensory and motor functions of the peripheral nervous system to immobilize the body.

The Pulse CEW has an estimated useful life of five years.

## Neuro Muscular Incapacitation (NMI)

TASER technology is designed to use electrical pulses similar to those in your body's nervous system to cause stimulation that affects the sensory and motor nerves. Neuro Muscular Incapacitation (NMI) occurs when a CEW is able to cause involuntary stimulation of both the sensory nerves and the motor nerves to render an attacker temporarily unable to control movement. It is not dependent on pain and can be effective on subjects with a high level of pain tolerance.

Previous generations of generic stun guns could primarily affect the sensory nerves only, resulting in pain compliance. An attacker with a very high tolerance to pain (e.g., a drug abuser, person in serious psychological distress, or a trained, focused fighter) may not be affected by the pain or might be able to fight through the pain of a traditional stun gun.

A CEW may cause NMI if probes are within sufficient proximity to complete a circuit, the probes have a sufficient spread, and an adequate circuit is completed and maintained.

## Basic Pulse Electrical Theory

- Electricity must be able to flow between the probes or the electrodes to deliver an electrical charge and will generally follow the path of least resistance.
- The greater the spread between the probes on the target, generally the greater the NMI effectiveness.
- Electricity will generally not pass to others in contact with the subject unless contact is made directly between or on the probes or the wires are touched.
- Exposure to water will not cause electrocution or increase the power to the subject (the electrical charge is fixed inside the TASER CEW, and will not increase significantly even with environmental changes).

- Medical studies have found that modern pacemakers and implanted cardiac defibrillators withstand external electrical defibrillators many orders of magnitude stronger than the TASER conducted energy pulses.

# Chapter 3: TASER Pulse CEW and Cartridge Features



## Safety Switch



4

Ambidextrous safety switch can be operated from either side of the CEW.

- Safety switch down (SAFE).
- Safety switch up (ARMED) and ready to deploy.
- If the Pulse CEW's safety switch is left in the up (ARMED) position for more than 20 minutes, the system will shut down to preserve battery life.
- To re-arm the Pulse CEW, shift the safety switch to the down (SAFE) position, then back to the up (ARMED) position

## Power Supply

The Pulse CEW's battery has enough power for approximately 50 30-second firings depending on temperature, environment, and other factors. The battery will deplete faster in colder weather than in warm weather. Left to itself in normal storage conditions, the battery has a two-year life.

The power LED is located below the rear sight. An illuminated LED indicates the trigger switch is ARMED. A green LED indicates a "good" battery.



An orange LED indicates a "low" battery. In some conditions, especially low temperature (−4 °F/−20 °C) the LED may display orange even if the battery has sufficient charge left.

## Trigger Switch

Unlike a firearm trigger, the pulse trigger is a momentary electrical switch. The trigger is operational only when the safety switch is in the up (ARMED) position.

**In the event of an unintentional discharge, immediately move the safety switch to the down (SAFE) position to stop the discharge cycle.**



## Spark Duration

When the Pulse CEW is deployed with a single push of the trigger switch, it delivers an approximately 30-second Shaped Pulse energy burst of short-duration electrical pulses. This sparking will continue for 30 seconds unless the safety switch is moved to the down (SAFE) position.

## Electrodes

The front of the Pulse CEW has two metal electrodes. These electrodes direct the charge to the electrodes on the cartridge to initiate deployment of the probes. In addition, the electrodes provide the ability to use the Pulse CEW in a "drive-stun" mode as a traditional stun gun.



## LASER and LED Flashlight

The LED flashlight illuminates whenever the safety switch is in the up (ARMED) position. In addition, the optional LASER provides assistance for aiming and indicates the approximate orientation of the top probe.



## High Visibility Sights

The mechanical sights on the TASER Pulse CEW provide manual aiming. The mechanical sights are set to coincide with a top probe's trajectory at a 15-foot (4.6-meter) distance.



## Holsters

All Pulse kits come with a soft protective cover, and additional styles may be purchased at buy.taser.com.

## The TASER Pulse Cartridge



Fifteen-foot (4.6-meter) cartridges are available for the Pulse CEW at buy.taser.com in both standard (black) and simulation (blue). TASER pulse cartridges have a service life of five years.

Pulse simulation cartridges are identifiable by their blue color. Simulation cartridges are intended for practice only.

**WARNING: DO NOT use a Pulse CEW loaded with a simulation cartridge for self-defense.**