**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CRYSTAL WRIGHT, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:16-cv-1556 (JEB) |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGREEMENT CONCERNING ATTORNEYS FEE CLAIM**

Plaintiffs Crystal Wright, Brendan Turner and Traci Dean ("Plaintiffs"), by their counsel, notify the Court they have reached an agreement with defendants on their claim for fees and expenses pursuant to the September 26, 2016, stipulation entered by the Court.

Defendants will pay Plaintiffs' attorney fees in the amount of $93,506.62, plus $615.17 of expenses. This agreement obviates any need for the Court's decision on this matter.

Respectfully submitted,

**CRYSTAL WRIGHT**
**TRACI DEAN**
**BRENDAN TURNER**

/s/ George L. Lyon, Jr., DC Bar No. 388678
Arsenal Attorneys
2111 Wilson Blvd, 8th Floor
Arlington, Virginia 22201
Email: gll@arsenalattorneys.com
202-669-0442
Their Counsel
October 18, 2016